# United States District Court

FILED
**DISTRICT OF** OFFICE

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA
and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS
and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
            Plaintiffs

2003 DEC -3 A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

**V.**

MKM Site Development Corp.,
                Defendant

**CASE NUMBER:**

# 03ᶜ 12248 RWZ

**TO:** (Name and address of defendant)

MKM Site Development Corp.
69 Milk Street
Suite #200
Westborough, MA  01581

## YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(BY) DEPUTY CLERK

NOV 1 4 2003

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                         Signature of Server

_____
Address of Server

---

**Worcester County Sheriff's Office • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100**

Worcester, ss

11/20/2003

I hereby certify and return that on 11/19/2003 at 03:22pm I served a true and attested copy of the Summons and Complaint, Exhibits A-D in this action in the following manner: To wit, by delivering in hand to MARIA EGAN, SECRETARY, agent, person in charge at the time of service for MKM SITE DEVELOPMENT CORP. at 69 MILK ST #200, WESTBOROUGH, MA. Fees: Service 30.00, Travel 23.24, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $63.74

Deputy Sheriff Michael J Ahearn

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.