**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**WILLIAM RYAN & JOHN J. SHAUGHNESSY**
**Plaintiff**

**V.**


**MKM SITE DEVELOPMENT CORP.**
**Defendant**

**CIVIL ACTION**

**NO.   03CV12248-RWZ**


**NOTICE OF DEFAULT**


Upon application of the Plaintiff,   **WILLIAM RYAN ET AL** for an order of Default for failure of the Defendant,   **MKM SITE DEVELOPMENT CORP.** , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this   **11TH** day of   **MAY, 2004** .


**TONY ANASTAS**
**CLERK OF COURT**



By:   **s/ Lisa A. Urso**
**Deputy Clerk**


**Notice mailed to:**
**Plaintiff's atty.**
**& defendant**

**(Default Notice.wpd - 12/98)**                                                          **[ntcdflt.]**