UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17 P 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

MKM SITE DEVELOPMENT CORP.,
Defendant

C.A. No. 03-12248 RWZ

## MOTION FOR EXTENSION OF TIME TO FILE FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al., herein respectfully move this honorable Court for an extension of time until June 24, 2004 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1. The Plaintiffs have experienced an unanticipated delay in receipt of the necessary affidavits in support of their Motion.

WHEREFORE, Plaintiffs seek an extension of time until June 24, 2004 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, I.U.O.E. LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: June 17, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Extension of Time to File for Entry of Default Judgment has been served by certified and first class mail upon MKM Site Development Corp. at 69 Milk Street, Suite #200, Westborough, MA 01581 this 17th day of June, 2004.

Gregory A. Geiman, Esquire

ARS/gag&ts
3118 03-375/motextim.doc