SCANNED
DATE 06/29/04
BY: SKY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 24  P 2: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

MKM SITE DEVELOPMENT CORP.,
Defendant

C.A. No. 03-12248 RWZ

---

## DEFAULT JUDGMENT

Defendant MKM Site Development Corp., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $68,673.33 in unpaid benefit funds contributions; $6,406.45 in interest on the unpaid contributions; an additional $6,406.45 in liquidated damages; and $974.55 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant MKM Site Development Corp. the principal amount of $68,673.33; prejudgment interest of $6,406.45; liquidated damages of $6,406.45; and attorneys' fees and costs of $974.55, for a total judgment

of $82,460.78, with interest as provided by law, which interest rate is effective this date is

_____ percent.

                                                        */s/ Rya W. Zobel*
                                                        The Honorable Rya Zobel
                                                        United States District Court

Dated: July 15, 2004

ARS/gag&ts
3118 03-375/defltjdg.doc